SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE MERINGOFF
Agrimario P. Leite et al,

           Plaintiffs,

-against-

U.S. Department of Labor, New York State
Department of Labor, New York State Workforce
Agency, United States Postal Service, U.S. Department
of Homeland Security,
           Defendants.

Doc # 7

07 CIV 9870 (DC)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stanley A. Cohen, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Glen Formica
FORMICA, P.C.
27 Elm Street
New Haven, CT 06510
Tel: (203) 789-8456
Fax: (203) 787-6766

GLEN FORMICA is a member in good standing of the Bar of the States of CONNECTICUT.

There are no disciplinary proceedings against GLEN FORMICA in any State or Federal court.

Dated: April 24, 2007
New York, New York

Respectfully submitted,

_____
SDNY Bar: 1864
COHEN & TUCKER
1501 Broadway, Suite 1912
New York, NY 10036
Tel: (212) 840-0050
Fax: (212) 704-9934

Motion GRANTED.
SO ORDERED.

_____
USDJ  11/21/07