UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
STEVE MERINGOFF, et al.,                     :
                                             :
        Plaintiffs,                       :   **ECF CASE**
                                             :
    v.                                      :
                                             :   07 Civ. 9870 (DC)
PETER D. KEISLER, et al.                     :
                                             :
        Defendants.                       :   <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:   Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         December 10, 2007

                                           Respectfully submitted,

                                           MICHAEL J. GARCIA
                                           United States Attorney for the
                                           Southern District of New York

                              By:   /s/_____
                                         LI YU
                                         Assistant United States Attorney
                                         86 Chambers Street, 3rd Floor
                                         New York, New York 10007
                                         Telephone: (212) 637-2734
                                         Facsimile: (212) 637-2686
                                         Email: li.yu@usdoj.gov

To:   Glenn L. Formica, Esq.
        Formica, P. C.
        27 Elm Street
        New Haven, CT 06510