

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

January 23, 2008

**BY HAND DELIVERY**

The Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl St., Room 1020
New York, NY 10007

1/23/08

JUDGE CHIN'S CHAMBERS

Re:    *Meringoff, et al. v. Keisler, et al.*, 07 Civ. 9870 (DC)

Dear Judge Chin:

    This Office represents the Attorney General of the United States, the New York District Director of the United States Citizenship and Immigration Services, the Postmaster General of the United States and the Secretary of Labor of the United States (collectively, the "Federal Defendants") in the above-referenced civil action seeking declaratory and injunctive relief in connection with certain plaintiffs' requests for adjustment of their immigration status. After conferring with the parties, I respectfully request, on behalf of the plaintiffs and the Commissioner of Labor for the State of New York ("NYS DOL") as well as the Federal Defendants, that the Court extend the time for the Federal Defendants to respond to the complaint by 45 days, from January 26, 2008 to March 12, 2008, and also set March 12th as the due date for the NYS DOL's response.

    The parties make this joint request to enable them to exchange information and to seek a potential settlement of this matter without requiring further intervention by the Court. This is the parties' first request for an extension in this action. As no scheduling order has been entered, granting this request will not have an effect on any other deadline in this action. I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LI YU
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2734

Approved.
So Ordered.

USDJ
1/24/08

Fax: (212) 637-2686
Email: li.yu@usdoj.gov

cc: Glenn L. Formica, Esq. (By Facsimile)
Formica, P.C.
27 Elm Street
New Haven, Connecticut 06510
Facsimile: (203) 785-0778
*Counsel for Plaintiffs*

Jennifer Huggins and Seth Kupferberg (By Facsimile)
Assistant Attorney Generals
Labor Bureau, New York Attorney General's Office
120 Broadway, 26th Fl.
New York, NY 10271
Fax: (212) 416-8694