# Formica, P.C. A Professional Corporation for the Practice of Law

New Haven, Connecticut

January 31, 2008

VIA FACSIMILE TO: (212) 805-7906

Hon. Denny Chin
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08
```

Re:  Civil Action No. 07- CIV9870
     Steve Meringoff, Agrimario P. Leite v. Michael Mukasey, et. al.
     Motion to Amend Complaint

Dear Judge Chin:

Today, January 31, 2008, counsel for the parties did meet by *e-mailed* conference to discuss the undersigned's Motion to Amend the Complaint and to add additional plaintiffs. We are all in agreement on this motion and would ask your permission to approve its filing with the Court without the need for further conferences.

Thank you for your time and attention.

Sincerely,

Glenn L. Formica
GLF:yj

CC:
   VIA LI.Yu@usdoj.gov

   Li Yu
   US Attorneys Office SDNY
   86 Chambers Street, Third Floor
   New York, New York 10007

   VIA Jennifer.Huggins@oag.state.ny.us

   Jennifer Huggins
   Assistant Attorney General
   Labor Bureau
   120 Broadway, 26th Fl
   New York, NY 10271

> As defendants consent, no motion is necessary. Plaintiffs may file an amended complaint within ten days hereof. SO ORDERED.
>
> USDJ
> 2/11/08

27 Elm Street, New Haven, Connecticut 06510 Telephone: (203) 789-8456 Facsimile: (203) 787-6755
Formicalaw.com