```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
                                          )
Steve Meringoff, Agrimario P.             )
Leite, ESQ Business Services,             )
Inc., Narneet Randhawa, NV Air,           )
Inc., Harnan Tapia De Nardis,             )
Inc., Moises Alvarez, Liberty             ) Civil Action No. 07-CIV9870
Marble, Bertha Gloria Ramirez-            )            (Judge Chin)
Villamil, Kid Corp., d/b/a Manatur        ) Certificate of Service
Restaurant, Roque Cruz, BBR, Inc.,        )
Javier Esteban, Mia Fisher, Severa        )
Balbuena,                                 )
                                          )
         Plaintiff,                       )
                                          )
         v.                               )
                                          )
Peter D. Keisler, Acting United           )
States Attorney General,                  )
                                          )
Mary Ann Gantner, District                )
Director, United States                   )
Citizenship and Immigration               )
Service.,                                 )
                                          )
John (Jack) E. Porter, Postmaster         )
General and Chief Executive               )
Officer, United States Postal             )
Services,                                 )
                                          )
Elaine L. Chao, U.S. Secretary of         )
Labor,                                    )
                                          )
M. Patricia Smith, Commissioner of        )
Labor, New York State Department          )
of Labor,                                 )
                                          )
                                          )
         Defendants.                      )
```

1.  Seth Kupferberg, an assistant attorney general of the State of New York, certifies pursuant to Rule 5(d), Federal Rules of Civil Procedure that on March 12, 2008 I served all parties which have appeared in this case with the

accompanying Answer, via electronic filing with the Court.

/s/

Seth Kupferberg (SK-4511)
Assistant Attorney General