```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
                                              )
Steve Meringoff, Agrimario P.                 )
Leite, ESQ Business Services,                 )
Inc., Narneet Randhawa, NV Air,               )
Inc., Harnan Tapia De Nardis,                 )
Inc., Moises Alvarez, Liberty                 ) Civil Action No. 07-CIV9870
Marble, Bertha Gloria Ramirez-                )            (Judge Chin)
Villamil, Kid Corp., d/b/a Manatur            )
Restaurant, Roque Cruz, BBR, Inc.,            ) NOTICE OF APPEARANCE AND
Javier Esteban, Mia Fisher, Severa            ) REQUEST FOR TRANSMISSION OF
Balbuena,                                     ) NOTICES OF ELECTRONIC
                                              ) FILING
        Plaintiff,                            )
                                              )
        v.                                    )
                                              )
Peter D. Keisler, Acting United               )
States Attorney General,                      )
                                              )
Mary Ann Gantner, District                    )
Director, United States                       )
Citizenship and Immigration                   )
Service.,                                     )
                                              )
John (Jack) E. Porter, Postmaster             )
General and Chief Executive                   )
Officer, United States Postal                 )
Services,                                     )
                                              )
Elaine L. Chao, U.S. Secretary of             )
Labor,                                        )
                                              )
M. Patricia Smith, Commissioner of            )
Labor, New York State Department              )
of Labor,                                     )
```

TO:   CLERK OF THE COURT
      United States District Court
      Southern District of New York

1

The undersigned appears in this case on behalf of the defendant Patricia Smith, Commissioner of Labor, NYS Department of Labor, and requests that transmission of Notices of Electronic Filing be provided to: (a) me at seth.kupferberg@oag.state.ny.us and (b) Assistant Attorney General Jennifer Huggins at jennifer.huggins@oag.state.ny.us.

| | |
|---|---|
| JENNIFER S. BRAND<br>Assistant Attorney General In Charge of Labor Bureau<br><br>JENNIFER HUGGINS<br>SETH KUPFERBERG<br>Assistant Attorneys General Of Counsel | ANDREW M. CUOMO<br>ATTORNEY GENERAL OF NEW YORK<br>120 Broadway<br>New York, NY 10271<br>(212) 416-8856<br>By:<br>/s/<br>Seth Kupferberg (SK-4511) |

2