```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
                                          )
Steve Meringoff, Agrimario P.             )
Leite, ESQ Business Services, Inc.,       )
Narneet Randhawa, NV Air, Inc.,           )
Harnan Tapia De Nardis, Inc.,             )
Moises Alvarez, Liberty Marble,           ) Civil Action No. 07-CIV9870
Bertha Gloria Ramirez-Villamil, Kid       )          (Judge Chin)
Corp., d/b/a Manatur Restaurant,          )
Roque Cruz, BBR, Inc., Javier             ) NOTICE OF APPEARANCE AND
Esteban, Mia Fisher, Severa               ) REQUEST FOR TRANSMISSION OF
Balbuena,                                 ) NOTICES OF ELECTRONIC FILING
                                          )
         Plaintiff,                       )
                                          )
         v.                               )
                                          )
Peter D. Keisler, Acting United           )
States Attorney General,                  )
                                          )
Mary Ann Gantner, District                )
Director, United States Citizenship       )
and Immigration Service.,                 )
                                          )
John (Jack) E. Porter, Postmaster         )
General and Chief Executive               )
Officer, United States Postal             )
Services,                                 )
                                          )
Elaine L. Chao, U.S. Secretary of         )
Labor,                                    )
                                          )
M. Patricia Smith, Commissioner of        )
Labor, New York State Department of       )
Labor,                                    )
                                          )
                                          )
         Defendants.                      )
                                          )
```

      To:    CLERK OF THE COURT
             United States District Court
             Southern District of New York


                                    1

The undersigned appears in this case on behalf of the defendant Patricia Smith, Commissioner of Labor, NYS Department of Labor, and requests that transmission of Notices of Electronic Filing be provided to me at jennifer.huggins@oag.state.ny.us.

Date: May 20, 2008

                                    Respectfully Submitted,

Richard Balletta  
Acting Assistant Attorney General In Charge of Labor Bureau

Andrew M. Cuomo  
Attorney General of the State of New York  
120 Broadway  
New York, NY 10271  
(212) 416-8714

/s/  
_____  
Jennifer Huggins  
Assistant Attorney General  
USDC/SDNY Bar No. JH1271