UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

STEVE MERINGOFF, et al.,          :

             Plaintiffs,    :

     - against -                 :

PETER D. KEISLER, et al.,         :

             Defendants.    :

- - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

**ORDER**

07 Civ. 9870 (DC)

**CHIN, District Judge**

      It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

      SO ORDERED.

Dated:   New York, New York
        June 27, 2008

DENNY CHIN
United States District Judge